UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS WEST ALNUTT,<br><br>           Petitioner,<br><br>  vs.<br><br>OZZIE KNEZOVICH,<br><br>           Respondent. | NO.  CV-09-233-LRS<br><br>ORDER DISMISSING HABEAS PETITION |

By Order filed September 8, 2009, the court directed Mr. Alnutt to either pay the $5.00 filing fee for this habeas action or submit a completed application to proceed *in forma pauperis*. He did not do so. Accordingly, **IT IS ORDERED** Mr. Alnutt's habeas petition is **DISMISSED without prejudice** for failure to comply with the filing fee requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Executive shall enter this Order, enter judgment, forward copies to Petitioner and close the file.

**DATED** this  22nd   day of October, 2009.

*s/Lonny R. Suko*

———————————————
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING HABEAS PETITION -- 1