AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS WEST ALNUTT,
        Petitioner,

        v.

OZZIE KNEZOVICH,
        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-233-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the habeas petition is dismissed without prejudice for failure to comply with the filing fee requirements pursuant to the Court's order filed October 22, 2009, Ct. Rec. 9.

October 22, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas